UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENT FREE PRESS ASS'N & CHRISTIAN SCHNEIDER,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No. 22-1713 (BAH) |

## JOINT STATUS REPORT

Pursuant to ¶ 3(b)(ii) of the Standing Order (ECF No. 4), the parties jointly submit this status report for this case involving the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. On June 14, 2022, Plaintiffs initiated this litigation regarding a FOIA request submitted on March 31, 2021. Compl. ¶ 15. That FOIA request seeks a copy of all the emails that the Department of Education's ("Department") Free Speech Hotline received from December 1, 2020, to March 31, 2021. *Id.*

2. The Department provided its final determination and production for this FOIA request on July 29, 2022 (*i.e.,* today). The Department intends to engage with Plaintiffs to confirm whether this action may be dismissed or, if not, to narrow any disputes. The parties require time to engage in those discussions.

3. The parties request that the Court enter the following briefing schedule. This briefing schedule builds in time for the parties to negotiate and to determine whether this case may be resolved without dispositive briefing or whether the subjects in dispute may be narrowed:

October 7, 2022: the Department shall move for summary judgment;

November 7, 2022: Plaintiffs shall file their combined opposition and cross-motion;

December 7, 2022: the Department shall file its combined opposition and reply;

December 21, 2022: Plaintiffs shall file their reply.

Dated: July 29, 2022                      Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar No. 1020234
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for Defendant*


    */s/ Hans F. Bader*
Hans F. Hader
D.C. Bar No. 466545
hfb138@yahoo.com
1100 Conn. Ave., NW, #625
Washington, DC 20036
(703) 399-6738

*Attorney for Plaintiffs*